JUDGE SCHEINDLIN

07 CV 6385

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
CASTLERIGG MASTER INVESTMENTS LTD.,

          Plaintiff,

          v.

APOLLO RESOURCES INTERNATIONAL, INC.,

          Defendant.
------------------------------------------------------------x

Civ. Action No.: _____

**RULE 7.1 STATEMENT**

RECEIVED JUL 12 2007 CASHIERS N.Y.

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Castlerigg Master Investments Ltd. ("Castlerigg") (a private non-governmental party), certifies that:

    1.    Castlerigg Partners, L.P. and Castlerigg International Holdings Limited are the parents of Castlerigg Master Investments Ltd.; and

    2.    No publicly held corporation owns 10% or more of the stock of Castlerigg Master Investments Ltd.

Dated: New York, New York
          July 12, 2007

SCHULTE ROTH & ZABEL LLP

By: _____
    Alan R. Glickman
    Jeffrey S. Sabin
    Dana M. Roth
    919 Third Avenue
    New York, New York 10022
    (212) 756-2000
    *Attorneys for Castlerigg Master Investments Ltd.*

10461886.1