AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | JULY 16, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| LINDA D. OSTMAN | AUTHORIZED PERSON |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: APOLLO RESOURCES INTERNATIONAL, INC.
3001 KNOX ST., SUITE 403
DALLAS, TX. 75205

Served upon Kit Chambers, Secretary of the corporation at 11:15 A.M.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $85.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 16, 2007
            Date

Signature of Server
Linda D. Ostman
Attorney's Service Bureau of Texas
900 Jackson St., Suite 750; Dallas, TX. 75202
214/522-5297
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

CASTLERIGG MASTER INVESTMENTS LTD.,
Plaintiff,

V.

APOLLO RESOURCES INTERNATIONAL, INC.,
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV 6385

JUDGE SCHEINDLIN

TO: (Name and address of Defendant)

Apollo Resources International, Inc.
3001 Knox Street, Suite 403
Dallas, Texas 75205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan R. Glickman, Esq.
Jeffrey S. Sabin, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE    JUL 1 2 2007