```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/07
```

# WESTCHESTER FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CASTLERIGG MASTER INVESTMENTS LTD.,** | BOND NO. K0-69-68-92-2 |
| Plaintiff, | **UNDERTAKING ON TEMPORARY RESTRAINING ORDER** |
| -against- | |
| **APOLLO RESOURCES INTERNATIONAL, INC.,** | 07 Civ. 6385 (SAS) |
| Defendant. | |

WHEREAS, the above named Plaintiff, **CASTLERIGG MASTER INVESTMENTS LTD.**, has applied for a Temporary Restraining Order in the above entitled action, restraining the Defendant, **APOLLO RESOURCES INTERNATIONAL, INC.**, from doing things as more fully set forth in Order granted by the Hon. Shira Scheindlin on July 31, 2007 under and by virtue of the Federal Rules of Civil Procedure upon the posting of an undertaking in the sum of *TWO MILLION AND 00/100 ($2,000,000.00) DOLLARS.*

NOW, THEREFORE, the **WESTCHESTER FIRE INSURANCE COMPANY**, having an office and principal place of business for the State of New York at c/o ACE SURETY, 1133 Avenue of the Americas, New York, NY 10036, as Surety, does hereby undertake that the Plaintiff, **CASTLERIGG MASTER INVESTMENTS LTD.**, will pay to the Defendant, **APOLLO RESOURCES INTERNATIONAL, INC.**, so enjoined, such damages and costs not exceeding the sum of *TWO MILLION AND 00/100 ($2,000,000.00) DOLLARS*, as defendant may sustain by reason of the Temporary Restraining Order, if the Court shall finally decide that the Plaintiff was not entitled thereto: such damages and costs to be ascertained by a reference, or otherwise as the Court shall direct.

Dated: August 3, 2007.

Approved
8/3/07  2:17PM
S. Michael Merwin
Clerk
By _____
Deputy Clerk

**WESTCHESTER FIRE INSURANCE COMPANY**

By: _____
WILLIAM J. PEDERSEN
ATTORNEY-IN-FACT

## ACKNOWLEDGMENT OF SURETY

**STATE OF NEW YORK**  
**COUNTY OF NEW YORK**   |SS:

On this 3rd day of August in the year 2007, before me, a Notary Public in and for said County, personally appeared **WILLIAM J. PEDERSEN**, personally known to me, who being by me duly sworn, did say that he is the aforesaid Attorney-in-Fact of the **WESTCHESTER FIRE INSURANCE COMPANY**, a corporation duly organized and existing under the laws of the State of New York, that the seal affixed to the foregoing instrument is the corporate seal of said corporation, that the said instrument was signed, sealed and executed on behalf of said corporation by authority of its Board of Directors, and further acknowledge that the said instrument and the execution thereof to be a voluntary act and deed of said corporation.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed by official seal the day and year last above written.

NOTARY PUBLIC STAMP

MICHAEL KEATING  
Notary Public, State of New York  
Reg. No. 01-KE-4851559  
Qualified in New York County  
Commission Expires February 3, 20 /0

NOTARY PUBLIC



WESTCHESTER FIRE INSURANCE COMPANY
FINANCIAL STATEMENT                                    DECEMBER 31, 2006

## ADMITTED ASSETS

| | |
|---|---:|
| BONDS | $1,729,763,005 |
| SHORT - TERM INVESTMENTS | 25,153,792 |
| STOCKS | 154,867,336 |
| REAL ESTATE | 0 |
| CASH ON HAND AND IN BANK | (74,947) |
| PREMIUM IN COURSE OF COLLECTION* | 116,402,754 |
| INTEREST ACCRUED | 16,895,953 |
| OTHER ASSETS | 254,665,145 |
| TOTAL ASSETS | $2,297,673,039 |

## LIABILITIES

| | |
|---|---:|
| RESERVE FOR UNEARNED PREMIUMS | $391,811,211 |
| RESERVE FOR LOSSES | 1,243,856,980 |
| RESERVE FOR TAXES | 6,080,964 |
| FUNDS HELD UNDER REINSURANCE TREATIES | 0 |
| OTHER LIABILITIES | (3,893,619) |
| TOTAL LIABILITIES | 1,639,855,506 |

| | |
|---|---:|
| CAPITAL: SPECIAL SURPLUS | 200,132,500 |
| CAPITAL: 928,892 SHARES, $4.86 PAR VALUE | 4,803,671 |
| CAPITAL: PAID IN | 179,710,629 |
| SURPLUS (UNASSIGNED) | 273,430,733 |
| SURPLUS TO POLICYHOLDERS | 657,717,553 |
| TOTAL | $2,297,673,039 |

(*EXCLUDES PREMIUM MORE THAN 90 DAYS DUE.)

STATE OF PENNSYLVANIA

COUNTY OF PHILADELPHIA

John P. Taylor, being duly sworn, says that he is Vice President of Westchester Fire Insurance Company and that to the best of his knowledge and belief the foregoing is a true and correct statement of the said Company's financial condition as of the 31st day of December, 2006.

Sworn before me this _____ 19th day of April, 2007.

_____
Vice President

_____          _____
Notary Public                    My Commission Expires

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Danielle M. Oerson, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Oct. 21, 2009
Member, Pennsylvania Association of Notaries