UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

CASTLERIGG MASTER INVESTMENTS LTD.,          Case Number: 07-Civ-6385 (SAS)

             Plaintiffs,

       -against-                              **NOTICE OF APPEARANCE**

APOLLO RESOURCES INTERNATIONAL, INC.

             Defendant.

-----------------------------------------------------------------x

      **PLEASE TAKE NOTICE THAT**, the undersigned hereby enters its appearance as attorney of record for and on behalf of defendant APOLLO RESOURCES INTERNATIONAL, INC. in the above-captioned action. In accordance therewith, defendant respectfully requests copies of all notices, pleadings, motions, orders, and other correspondence filed or served in this, or any related action, and that same be served electronically pursuant to the Court's Rules.

Dated: New York, New York
      August 8, 2007

                    **SALON MARROW DYCKMAN**
                    **NEWMAN & BROUDY, LLP**

                    By: _____
                    Daniel I. Goldberg (DG-5745)
                    292 Madison Avenue
                    New York, New York 10017
                    Telephone:    212-661-7100
                    Facsimile:     212-661-3339
                    *Counsel for defendant Apollo*
                    *Resources International, Inc.*

To:    Alan G. Glickman, Esq. (via ECF)
        Schulte Roth & Zabel LLP
        919 Third Avenue
        New York, New York 10022
        Telephone:   212-756-2000
        *Counsel for Plaintiff Castlerigg*
        *Master Investments Ltd.*

127703