Run Date: Tuesday, August 07, 2007   11:47:32 AM                                            Page 1 of 2

# MOUNTAIN STATES PETROLEUM CO.
## Unaudited Balance Sheet

As Of May 31, 2007

| | | |
|---|---:|---:|
| **Assets** | | |
| **Current Assets** | | |
| CASH - OPERATIONS | (170,699.55) | |
| CASH-MSPC PAYROLL | 37,955.37 | |
| ACCOUNTS RECEIVABLE - JIB | 144,831.69 | |
| OIL & GAS RECEIVABLES | 841,658.00 | |
| INTERCOMPANY - APOLLO | (3,520,121.93) | |
| INTERCOMPANY - BC&D | 63,193.55 | |
| INTERCOMPANY - APOLLO NATURAL GAS | 1,000.00 | |
| PREPAID CHARGES | 6,468.95 | |
| Total Current Assets | | (2,595,713.92) |
| **Long Term Assets** | | |
| OIL AND GAS PROPERTIES/LEASES | 5,933,059.19 | |
| ASSET RETIREMENT OBLIGATIONS | 462,981.00 | |
| ACCUM DEPR - ASSET RET OBLIG | (61,277.00) | |
| VEHICLES | 167,236.80 | |
| ACCUM DEPR - VEHICLES | (73,897.27) | |
| COMPUTER & OFFICE EQUIPMENT | 8,979.79 | |
| ACCUM DEPR - COMP/OFF EQUIP | (3,754.23) | |
| HEAVY EQUIPMENT | 3,078,886.20 | |
| ACCUM DEPR - HEAVY EQUIPMENT | (318,751.25) | |
| PLANT AND EQUIPMENT | 2,500,000.00 | |
| ACCUMULATED DEPLETION/AMORTIZATION | (6,581,562.04) | |
| LEASE & WELL EQUIPMENT | 2,135,966.80 | |
| ACCUM DEPR - LEASE & WELL EQUI | (818,782.19) | |
| PLUGGING/SURFACE BOND | 207,623.00 | |
| PROSPECT COSTS | 25,473.77 | |
| GOODWILL | 935,185.44 | |
| Total Long Term Assets | | 7,597,368.01 |
| Total Assets | | 5,001,654.09 |
| **Liabilities & Equity** | | |
| **Current Liabilities** | | |
| VENDOR PAYABLES | 1,832,825.56 | |
| ACCOUNTS PAYABLE - RELATED PTY | 78,018.23 | |
| NOTES PAYABLE - SHORT TERM | 7,791.30 | |
| ASSET RETIREMENT LIABILITY | 500,297.00 | |
| PROCESSING/TRANSPORTATION FEE | 42,858.00 | |

Run Date: Tuesday, August 07, 2007  11:47:32 AM                                              Page 2 of 2

# MOUNTAIN STATES PETROLEUM CO.
## Unaudited Balance Sheet

As Of May 31, 2007

| | | |
|---|---:|---:|
| PRODUCTION TAX PAYABLE | (280,375.36) | |
| OIL & GAS CLEARING | 135,683.74 | |
| ACCOUNTS PAYABLE - OTHER | 6,297.75 | |
| STATE TAX WITHELD | 18,048.00 | |
| R/D MANUAL CHECK CLEARING | 47,571.05 | |
| Total Current Liabilities | | 2,389,015.27 |
| Long Term Liabilities | | |
| NOTES PAYABLE - NEPTUNE/HELIUM | 2,500,000.00 | |
| Total Long Term Liabilities | | 2,500,000.00 |
| Equity | | |
| APIC - CAPITAL CONTRIBUTION | 4,750,000.00 | |
| RETAINED EARNINGS - PRE PURCHASE | 1,766,965.83 | |
| RETAINED EARNINGS - PRIOR YEAR | (4,251,921.86) | |
| CURRENT YEAR PROFIT (LOSS) | (2,152,405.15) | |
| Total Equity | | 112,638.82 |
| Total Liabilities & Equity | | 5,001,654.09 |

Run Date: Tuesday, August 07, 2007   11:47:50 AM                                                                                     Page 1 of 2

# MOUNTAIN STATES PETROLEUM CO.
## Unaudited Income Statement

Current Period from May 01, 2007 to May 31, 2007
Year to Date From January 01, 2007

|  | Current Period | Year To Date |
|---|---:|---:|
| **INCOME** | | |
| OIL AND GAS REVENUE ACCRUALS | 52,925.00 | 319,675.00 |
| OIL SALES - WORKING INTEREST | 218,658.15 | 1,433,268.07 |
| GAS SALES - WORKING INTEREST | 34,960.20 | 158,484.56 |
| GAS SALES - HELIUM | 60,226.44 | 263,386.32 |
| OTHER SALES - WORKING INTEREST | 12,039.10 | 57,337.08 |
| TOTAL INCOME | 378,808.89 | 2,232,151.03 |
| | | |
| **COST OF SALES** | | |
| LEASE OPERATING EXPENSES | 376,827.93 | 1,486,402.24 |
| DEPRECIATION - E&P | 79,595.21 | 395,474.76 |
| DEPLETION/AMORTIZATION | 513,136.00 | 1,927,119.00 |
| PRODUCTION TAXES - OIL - WI | 8,204.47 | 75,014.59 |
| PRODUCTION TAXES - GAS - WI | 1,575.12 | 12,312.61 |
| PRODUCTION TAXES - OTHER - WI | 127.42 | 2,585.73 |
| HANDLING - OIL - WI | 2,123.75 | 5,959.77 |
| HANDLING - GAS - WI | 12,226.38 | 42,807.13 |
| HANDLING - OTHER - WI | 0.00 | 12,186.66 |
| TOTAL COST OF SALES | 993,816.28 | 3,959,862.49 |
| | | |
| OPERATING INCOME (LOSS) | (615,007.39) | (1,727,711.46) |
| | | |
| **GENERAL ADMINISTRATIVE EXPENSE** | | |
| CONSULTING FEES | 10,000.00 | 70,218.85 |
| SALARY AND BENEFIT EXPENSES | 14,999.98 | 143,124.89 |
| PAYROLL TAXES - OK SUTA | 37.50 | 480.60 |
| PAYROLL TAXES - SOC SECURITY | 1,147.50 | 10,949.06 |
| PAYROLL TAXES - FUTA | 16.66 | 1,216.18 |
| PAYROLL TAXES - NEW MEXICO | 83.33 | 1,118.99 |
| TAXES - AD VALOREM | 0.00 | 16,401.85 |
| UNEMPLOYMENT TAXES | 0.00 | (90.30) |

Run Date: Tuesday, August 07, 2007   11:47:51 AM                                                                                     Page 2 of 2

## MOUNTAIN STATES PETROLEUM CO.
### Unaudited Income Statement

Current Period from May 01, 2007 to May 31, 2007
Year to Date From January 01, 2007

|  | Current Period | Year To Date |
|---|---:|---:|
| ORIGINATION/BANK FEES | 0.00 | 894.00 |
| INSURANCE | 1,631.17 | 2,906.45 |
| REPAIRS AND MAINTENANCE | 0.00 | 4,450.37 |
| TELEPHONE | 229.10 | 229.10 |
| TRAVEL EXPENSE | 457.35 | 16,830.32 |
| ACCOUNTING, AUDITING, TAX | 6,083.34 | 6,308.34 |
| OTHER PROFESSIONAL FEES | 5,453.13 | 78,369.54 |
| OFFICE/SHOP SUPPLIES | 184.32 | 319.90 |
| COURIER FEES | 148.82 | 148.82 |
| PRINTING EXPENSE | 75.78 | 409.19 |
| RENTALS - OFFICE & OTHER | 377.90 | 377.90 |
| CONTRACT SERVICES | 3,127.08 | 3,127.08 |
| MISCELLANEOUS | 0.00 | (68.89) |
| FINES & PENALTIES | 18,595.37 | 21,289.63 |
| DEPRECIATION EXPENSE | 249.64 | 8,057.20 |
| ACCRETION EXPENSE - ARO | 0.00 | 4,340.00 |
| ACCRUED EXPENSES | (31,613.24) | (40,086.05) |
| COGS G&A ALLOCATION | 0.00 | 110.69 |
| TOTAL G & A EXPENSES | 31,284.73 | 351,433.71 |
|  |  |  |
| OTHER INCOME/EXPENSE |  |  |
| GAIN/LOSS - ASSET DISPOSITIONS | 0.00 | (17,000.00) |
| INTEREST INCOME | 618.21 | 4,300.79 |
| INTEREST EXPENSE | 18,750.00 | 94,560.77 |
| TOTAL OTHER INCOME/EXPENSE | (18,131.79) | (73,259.98) |
|  |  |  |
| NET PROFIT (LOSS) | (664,423.91) | (2,152,405.15) |