**CONSOLIDATION**
**APOLLO RESOURCES INTERNATIONAL, INC.**
Month Ended December 31, 2006

| Account | Mt States | BCD | A. Nat Gas | OGC Pipeline | Apollo Production & Operating | Reclass/Je | Mt states/BCD/Apollo nat gass Consolidated Apollo Production & Operating |
|---|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | | |
| Cash and cash equivalents | (159,411) | (11,445) | 107 | 159 | | | (170,590) |
| Marketable securities | | | | | | | 0 |
| Trade accounts receivable, net of allowances for doubtful accounts of $108,888 at November 30, 2006 and $0 at December 31, 2005 | 144,832 | 351,732 | | | | | 496,564 |
| Accounts receivable from working interest owners | 395,135 | 82,000 | | | | | 477,135 |
| Other receivables | | | | | | | 0 |
| Prepaid expenses and current deposits | 6,461 | 63,227 | 332,763 | 141,799 | | | 544,250 |
| Inventory | | | | | | | 0 |
| Notes receivable–current | | | | | | | 0 |
| Other current assets | | | | | | | 0 |
| Total Current Assets | 387,017 | 485,514 | 332,870 | 141,958 | | | 1,347,359 |
| Property, plant and equipment–cost | 14,197,062 | 2,643,838 | 5,372,318 | 1,734,985 | | | 23,948,203 |
| D D & A | (5,363,226) | | | | | | (5,363,226) |
| Property, plant and equipment, net | 8,833,836 | 2,643,838 | 5,372,318 | 1,734,985 | | | 18,583,977 |
| Goodwill | 935,185 | | | | | 0 | 935,185 |
| Deposits–non-current | | | | | | | 0 |
| Investment in joint ventures | | | | | 10,000,000 | | 10,000,000 |
| Deferred expenses | | | | | | | 0 |
| Notes receivable–RPT | | | | | | | 0 |
| Other assets | | | | | | | 0 |
| Total Assets | 9,769,021 | 2,643,838 | 5,372,318 | 1,734,985 | 10,000,000 | 0 | 29,520,162 |
| Intercompany due from(due to) | (3,674,818) | (5,434,459) | (6,199,517) | (335,699) | (10,005,000) | 0 | (25,649,493) |
| Unconsolidated asset total to balance | 6,481,220 | (2,305,107) | (494,329) | 1,541,244 | (5,000) | 0 | 5,218,027 |
| **Current Liabilities** | | | | | | | |
| Accounts payable | 1,199,442 | 1,410,321 | 22,410 | 15,238 | | | 2,647,411 |
| Accrued expenses | | 124,043 | | 239,388 | | | 363,431 |
| Royalty payable | | 0 | 0 | 0 | | | 0 |
| Accounts payable to related party | | 0 | 0 | 0 | | | 0 |
| Income taxes payable | | 0 | 0 | 0 | | | 0 |
| Notes payable–short-term | 20,777 | 539,000 | 0 | 575,908 | | | 1,135,685 |
| Line of Credit | | | | | | | 0 |
| Conv debt less discount | | | | | | | 0 |
| Derivative liabilities | | 0 | 0 | 0 | | | 0 |
| Asset retirement obligations–short-term | 495,957 | 1,234,343 | 0 | 0 | | | 1,730,300 |
| Deferred income taxes–current | | 0 | 0 | 0 | | | 0 |
| Other current liabilities | | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Current Liabilities | 1,716,176 | 3,307,707 | 22,410 | 830,534 | 0 | 0 | 5,876,827 |
| Notes payable–long-term | 2,500,000 | 800,000 | 0 | 0 | | | 3,300,000 |
| Asset retirement obligations–long-term | | 0 | 0 | 0 | | | 0 |
| Deferred income taxes–long-term | | 0 | 0 | 0 | | | 0 |
| Other long-term liabilities | | 0 | 0 | 0 | | | 0 |
| Total liabilities | 4,216,176 | 4,107,707 | 22,410 | 830,534 | 0 | 0 | 9,176,827 |
| | | | | | | | 9,176,827 |
| Minority interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**CONSOLIDATION**
**APOLLO RESOURCES INTERNATIONAL, INC.**
**Month Ended December 31, 2006**

| Account | Mt States | BCD | A. Nat Gas | OGC Pipeline | Apollo Production & Operating | Reclass/Je | Mt states/BCD/Apollo nat gass Consolidated Apollo Production & Operating |
|---|---|---|---|---|---|---|---|
| Stockholders' Equity | | | | | | | |
| Preferred stock Series A, $1.00 par, 8.5% cumulative non-voting convertible, 12,500,000 shares authorized and outstanding at September 30, 2006 and December 31, 2005 | 0 | 0 | 0 | 0 | 1,000,000 | | 1,000,000 |
| Preferred stock Series B, same characteristics as Series A above | 0 | 0 | 0 | 0 | 0 | | 0 |
| Common stock, $.001 par, 500,000,000 shares authorized, 202,931,911 and 181,170,026 shares issued and outstanding at November 30, 2006 and October 31, 2005, respectively | 0 | 0 | 0 | 0 | 0 | | 0 |
| Additional paid-in capital | 4,750,000 | (1,509,980) | | (1,833,706) | (1,000,000) | | 406,314 |
| Accumulated deficit | 29,470 | (1,225,713) | | 1,993,527 | (5,000) | | 792,284 |
| Dividends Paid | | (500,000) | | | | | (500,000) |
| Pre Purchase | 1,766,996 | | | | | | 1,766,996 |
| Accumulated comprehensive income (loss) | (4,281,392) | (3,177,122) | (516,739) | 550,889 | | | (7,424,364) |
| Treasury Stock | 0 | 0 | 0 | 0 | 0 | | 0 |
| Common stock issued for future services | 0 | 0 | 0 | 0 | 0 | | 0 |
| Total Stockholders' Equity | 2,265,044 | (6,412,815) | (516,739) | 710,710 | (5,000) | 0 | (3,958,800) |
| Total Liabilities and Stockholders' Equity | 6,481,220 | (2,305,108) | (494,329) | 1,541,244 | (5,000) | 0 | 5,218,027 |
| | | | | | | | |
| Year Ended December 31, 2006 | | | | | | | |
| Revenue | 4,146,426 | 202,936 | 144,370 | 4,447 | | | 4,498,179 |
| Cost of sales | 8,267,203 | 2,871,208 | 275 | 0 | | | 11,138,686 |
| Gross profit (loss) | (4,120,777) | (2,668,272) | 144,095 | 4,447 | | | (6,640,507) |
| Compensation | | | | | | | 0 |
| Depreciation, Amort | | | | | | | 0 |
| Selling, general and administrative | 179,180 | 419,889 | 660,834 | 87,721 | | | 1,347,624 |
| Operating loss | (4,299,957) | (3,088,161) | (516,739) | (83,274) | | | (7,988,131) |
| Other income (expense), net | 50,107 | 22,000 | | 687,842 | | | 759,949 |
| Interest | (31,542) | (110,960) | | (53,679) | | | (196,181) |
| Financing | | | | | | | 0 |
| Gain on derivatives | | | | | | | 0 |
| Gain on sale of assets | | | | | | | 0 |
| Gain on contract | | | | | | | 0 |
| Loss on investments writedowns | | | | | | | 0 |
| Gain on marketable equity securities | | | | | | | 0 |
| Minority interest | | | | | | | 0 |
| Other | | | | | | | 0 |
| Loss before income taxes and extraordinary item | (4,281,392) | (3,177,121) | (516,739) | 550,889 | | 0 | (7,424,363) |
| Income taxes | 0 | 0 | 0 | 0 | | 0 | 0 |
| Net loss | (4,281,392) | (3,177,121) | (516,739) | 550,889 | | | (7,424,363) |