CONSOLIDATION
APOLLO RESOURCES INTERNATIONAL, INC.
Month Ended December 31, 2006

Note: Small changes from tb's sent to Chisholm etal on 02/19/07; except note on Mt States for 2.5million related to Neptune agreement. To record Resources new not

Mt states/BCD/Apollo nat gass

| Account | Apollo Resources International, Inc. | Apollo Altenative Fuels | Powerball Technologies | Powerball Generators | Audited Apollo Drilling | Apollo Production & Operating | Consolidated | Reclassifying, Consolidating & Eliminating Entries | Consolidated | Subconsolidation Audited Consolidated Earth Biofuels | Elimination Entry | JE's | Resources Consolidated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | | | | | | | | |
| Cash and cash equivalents | 3,922 | 0 | 0 | 0 | 425,708 | (170,590) | | | 259,040 | 291,000 | | | 550,040 |
| Marketable securities | | 0 | 0 | 0 | 0 | 0 | | | 0 | 285,000 | | | 285,000 |
| Trade accounts receivable, net of allowances for doubtful accounts of $108,888 at November 30, 2006 and $0 at December 31, 2005 | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | 0 |
| | | 0 | 0 | 0 | 0 | 496,564 | | | 496,564 | 3,019,000 | | | 3,515,564 |
| Accounts receivable from working interest owners | | | | | | | | | | | | | 0 |
| Other receivables | | 0 | 0 | 0 | 0 | 477,135 | | | 477,135 | 0 | | | 477,135 |
| Prepaid expenses and current deposits | 112,194 | 0 | 0 | 0 | 2,103 | 0 | | | 2,103 | 857,000 | | | 859,103 |
| Inventory | | 0 | 0 | 0 | 22,000 | 544,250 | | | 678,444 | 1,471,000 | | | 2,149,444 |
| Notes receivable—current | | 0 | 0 | 0 | 451,500 | 0 | | | 451,500 | 785,000 | | | 1,236,500 |
| Other current assets | | 0 | 0 | 0 | 237,673 | 0 | | | 237,673 | 0 | | | 237,673 |
| | | | | | | | | | 0 | 0 | | | 0 |
| Total Current Assets | 116,116 | 0 | 0 | 0 | 1,138,984 | 1,347,359 | 0 | | 2,602,459 | 6,708,000 | | | 9,310,459 |
| | | | | | | | | | | | | | 0 |
| Property, plant and equipment—cost | 563,254 | 0 | 0 | 672,151 | 1,799,282 | 23,948,203 | 2,327,849 | | 29,310,739 | 27,015,000 | | | 56,325,739 |
| D D & A | (61,448) | 0 | 0 | (672,151) | (34,102) | (5,363,226) | 672,151 | | (5,458,776) | 0 | | | (5,458,776) |
| Property, plant and equipment, net | 501,806 | 0 | 0 | 0 | 1,765,180 | 18,584,977 | 3,000,000 | | 23,851,963 | 27,015,000 | | | 50,866,963 |
| Goodwill | | 0 | 0 | 0 | 0 | 935,185 | (722,358) | | 212,827 | 30,032,000 | 3,310,805 | | 33,555,632 |
| Deposits—non-current | 3,360,000 | 0 | 0 | 0 | 0 | 0 | | | 3,360,000 | 0 | | | 3,360,000 |
| Investment in joint ventures | 21,256,554 | 0 | 0 | 0 | 0 | 10,000,000 | (7,988,017) | | 23,268,537 | 40,960,000 | (22,623,479) | | 41,605,058 |
| Deferred expenses | | 0 | 0 | 0 | 0 | 0 | | | 0 | 2,445,000 | | | 2,445,000 |
| Notes receivable—RPT | 179,399 | 0 | 0 | 0 | 0 | 0 | | | 179,399 | 5,824,000 | (2,378,367) | | 3,625,032 |
| Other assets | | 0 | 0 | 0 | 0 | 0 | | | 0 | 747,000 | | | 747,000 |
| Total Assets | 25,413,875 | 0 | 0 | 0 | 2,904,164 | 30,867,520 | (5,710,375) | | 53,475,184 | 113,731,000 | (21,691,041) | 0 | 145,515,143 |
| | | | | | | | | | | | | | 0 |
| Intercompany due from/(due to) | 28,911,844 | (316,299) | (2,630,277) | (765,023) | 0 | (25,649,493) | 2,375,155 | | 1,925,907 | 0 | (1,925,907) | | (0) |
| | | | | | | | | | | | | | 0 |
| Unconsolidated asset total to balance | 54,325,719 | (316,299) | (2,630,277) | (765,023) | 2,904,164 | 5,218,027 | (3,335,220) | | 55,401,091 | 113,731,000 | (23,616,948) | 0 | 145,515,143 |
| | | | | | | | | | | | | | 0 |
| **Current Liabilities** | | | | | | | | | | | | | |
| Accounts payable | 1,922,020 | 0 | 0 | 0 | 184,371 | 2,647,411 | | | 4,753,802 | 8,064,000 | | | 12,817,802 |
| Accrued expenses | | 0 | 0 | 0 | 0 | 363,431 | | | 363,431 | 11,944,000 | | | 12,307,431 |
| Customer deposits | | 0 | 0 | 0 | 321,183 | 0 | | | 321,183 | 0 | | | 321,183 |
| Royalty payable | | 0 | 0 | 0 | 0 | 0 | | | 0 | 0 | | | 0 |
| Accounts payable to related party | 40,000 | 0 | 0 | 0 | 0 | 0 | | | 40,000 | 6,826,000 | (2,925,907) | | 3,940,093 |
| Income taxes payable | | 0 | 0 | 0 | 0 | 1,135,685 | | | 1,135,685 | 0 | | | 1,135,685 |
| Notes payable—short term | 596,180 | 0 | 0 | 0 | 1,000,000 | 0 | | | 1,596,180 | 250,000 | | | 1,846,180 |
| Int. payable - short term | 364,958 | 0 | 0 | 0 | 0 | 0 | | | 364,958 | 0 | | | 364,958 |
| LOC LNG | | 0 | 0 | 0 | | | | | 0 | 5,679,000 | | | 5,679,000 |
| Inter. Co. Notes & Int. | 2,136,511 | 0 | 0 | 0 | 0 | 0 | | | 2,136,511 | 0 | (2,136,511) | | 0 |
| Conv debt less discount | | 0 | 0 | 0 | 0 | 1,730,300 | | | 1,730,300 | 13,967,000 | | | 15,697,300 |
| Derivative liabilities | | 0 | 0 | 0 | 0 | 0 | | | 0 | 0 | | | 0 |
| Asset retirement obligations—short-term | | 0 | 0 | 0 | 0 | 0 | | | 0 | 0 | | | 0 |
| Warrants Payable | 3,326,584 | 0 | 0 | 0 | 0 | 0 | | | 3,326,584 | | | | 3,326,584 |
| Deferred income taxes—current | | 0 | 0 | 0 | 0 | 0 | | | 0 | 0 | | | 0 |
| Other current liabilities | 25,000 | 0 | 0 | 0 | 0 | 0 | | | 25,000 | 1,818,000 | | | 1,843,000 |
| Total Current Liabilities | 8,411,253 | 0 | 0 | 0 | 1,505,554 | 5,876,827 | 0 | | 15,793,634 | 48,548,000 | (5,062,418) | 0 | 59,279,216 |
| Notes payable—long-term | 9,597,120 | 0 | 0 | 0 | 0 | 3,300,000 | | | 12,897,120 | 0 | | | 12,897,120 |
| Asset retirement obligations—long-term | | 0 | 0 | 0 | 0 | 0 | | | 0 | 0 | | | 0 |
| Deferred income taxes—long-term | | 0 | 0 | 0 | 0 | 0 | | | 0 | 0 | | | 0 |
| Other long-term liabilities | | 0 | 0 | 0 | 0 | 0 | | | 0 | 0 | | | 0 |
| Total liabilities | 18,008,373 | 0 | 0 | 0 | 1,505,554 | 9,176,827 | 0 | | 28,690,754 | 48,548,000 | (5,062,418) | 0 | 72,176,336 |
| | | | | | | | | | | | | | 0 |
| Minority interest | 14,613,613 | 0 | 0 | 0 | 0 | 0 | 747,904 | | 15,361,517 | 0 | 93,637,080 | | 108,998,597 |
| | | | | | | | | | | | | | 0 |

**CONSOLIDATION**
**APOLLO RESOURCES INTERNATIONAL, INC.**
Month Ended December 31, 2006

Note: Small changes from tb's sent to Chisholm etal on 02/19/07;except note on Mt States for 2.5million related to Neptune agreement.

Mt states/BCD/Apollo nat gass

| Account | Apollo Resources International, Inc. | Apollo Altenative Fuels | Powerball Technologies | Powerball Generators | Audited Apollo Drilling | Apollo Production & Operating | Consolidated | Reclassifying, Consolidating & Eliminating Entries | Audited Consolidated | Subconsolidation Audited Consolidated Earth Biofuels | Elimination Entry | JE's | Resources Consolidated | To record Resources new not |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Stockholders' Equity** | | | | | | | | | | | | | | |
| Preferred stock Series A, $1.00 par; 8.5% cumulative non-voting convertible, 12,500,000 shares authorized and outstanding at September 30, 2006 and December 31, 2005 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| Preferred stock Series B, same characteristics as Series A above | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| Common stock, $.001 par ; 500,000,000 shares authorized; 202,931,911 and 181,720,026 shares issued and outstanding at November 30, 2006 and October 31, 2005, respectively | 286,656 | 0 | 0 | 0 | 177,340 | 1,000,000 | | (1,177,340) | 286,656 | 233,000 | (233,000) | | 286,656 | 0 |
| Additional paid-in capital | 62,052,990 | 0 | (2,621,798) | 500,000 | 3,127,904 | 406,314 | | (1,412,420) | 62,052,990 | 145,555,000 | (145,555,000) | | 62,052,990 | 0 |
| Accumulated deficit-2005 | (16,281,305) | (281,113) | (8,479) | (1,011,071) | | 792,284 | | | (16,789,684) | (11,603,000) | 71,224 | | (28,321,460) | 0 |
| Dividends Paid2005 re | | | | | | (500,000) | | | (500,000) | | | | (500,000) | 0 |
| Pre Purchase | | | | | | 1,766,966 | | (1,766,966) | 0 | | | | 0 | 0 |
| 2006 Accumulated comprehensive income | (24,266,397) | (35,186) | 0 | (253,952) | (1,906,634) | (7,424,363) | | 273,602 | (33,612,930) | (67,969,000) | 33,062,166 | 0 | (68,519,764) | 0 |
| Unrealized losses | (59,133) | 42,621 | | 167,081 | 34,102 | 1,347,624 | | | (15,368,322) | (570,000) | | | (570,000) | 0 |
| Treasury Stock | (16,959,750) | | | | | | | | 0 | (463,000) | 463,000 | | 0 | 0 |
| Common stock issued for future service | (88,213) | 0 | 0 | 0 | 0 | 0 | | | (88,213) | 0 | | | (88,213) | 0 |
| **Total Stockholders' Equity** | 21,703,731 | (316,299) | (2,630,277) | (765,023) | 1,398,610 | (3,958,799) | | (4,083,124) | 11,348,819 | 65,183,000 | (112,191,610) | 0 | (35,659,791) | 0 |
| **Total Liabilities and Stockholders' E** | 54,325,717 | (316,299) | (2,630,277) | (765,023) | 2,904,164 | 5,218,028 | | (3,335,220) | 55,401,093 | 113,731,000 | (23,616,948) | 0 | 145,515,145 | 0 |
| | (2) | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 2 | 0 | (0) | - | 2 | 2 |
| | | | | | | | Mt States & misc LNG | | | | | | | 0 |
| Year Ended December 31, 2006 | | | | | | | | | | | | | | |
| Revenue | 0 | 0 | 0 | 0 | 1,201,451 | 4,498,179 | | | 5,699,630 | 41,545,000 | | | 47,244,630 | 0 |
| Cost of sales | 0 | 0 | 0 | 0 | 286,175 | 11,138,686 | | | 11,424,861 | 40,722,000 | | | 52,146,861 | 0 |
| Gross profit (loss) | 0 | 0 | 0 | 0 | 915,276 | (6,640,507) | | 0 | (5,725,231) | 823,000 | | | (4,902,231) | 0 |
| Compensation | (4,020,074) | 0 | | | 338,960 | | | | | 12,296,000 | | | 12,296,000 | 0 |
| Depreciation, Amort | (59,133) | | | | 2,224,895 | | | | | 2,208,000 | | | 2,208,000 | 0 |
| Selling, general and administrative inc | (16,959,750) | 42,621 | 0 | 167,081 | 34,102 | 1,347,624 | | | (15,368,322) | 49,852,000 | | | 34,483,678 | 0 |
| Operating loss | (21,038,957) | (42,621) | 0 | (167,081) | (1,682,681) | (7,988,131) | | 273,602 | (30,919,471) | (63,533,000) | 33,062,166 | - | (94,452,471) | 0 |
| Other income (expense), net | | | | | | 0 | | | 0 | 0 | | | 0 | 0 |
| Interest | (2,224,463) | (1,266) | 0 | (86,871) | (59,675) | (196,181) | | | (2,568,456) | (22,976,000) | | | (25,544,456) | 0 |
| Financing | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | 0 | | | 0 | 0 |
| Gain on derivatives | 7,029,734 | 0 | 0 | 0 | 0 | 0 | | | 7,029,734 | 22,405,000 | | | 29,434,734 | 0 |
| Gain on sale of assets | 0 | 5,950 | 0 | 0 | 0 | 0 | | | 5,950 | 0 | | | 5,950 | 0 |
| Fixed Asset Impairment | | | | | (168,745) | | | | | | | | 0 | 0 |
| Intercompany interest income | 78,967 | | | | | 0 | | | | 1,023,000 | | | 1,023,000 | 0 |
| Loss on investments writedowns | | | | | | 0 | | | | (2,684,000) | | | (2,684,000) | 0 |
| Gain on marketable equity securities | 7,439 | 0 | 0 | 0 | 0 | 0 | | | 7,439 | 0 | | | 7,439 | 0 |
| Minority interest | (8,131,683) | 0 | 0 | 0 | 0 | 0 | | 273,602 | (7,858,081) | 0 | 33,062,166 | | 25,204,085 | 0 |
| Realized losses | | 5,950 | | | | | | | | (487,000) | | | (487,000) | 0 |
| Other # | 12,566 | 2,751 | 0 | 0 | 4,467 | 759,949 | | | 779,733 | 101,000 | | | 880,733 | 0 |
| Loss before income taxes and extraordinary item | (24,266,397) | (35,186) | 0 | (253,952) | (1,906,634) | (7,424,363) | | 273,602 | (33,612,930) | (66,151,000) | 33,062,166 | 0 | (66,701,764) | 0 |
| Income taxes | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | (1,818,000) | | | (1,818,000) | 0 |
| **Net loss** | (24,266,397) | (35,186) | 0 | (253,952) | (1,906,634) | (7,424,363) | | 273,602 | (33,612,930) | (67,969,000) | 33,062,166 | 0 | (68,519,764) | 0 |
| | | | | | | | | | | | | | | 0 |