UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CASTLERIGG MASTER INVESTMENTS LTD.,

           Plaintiff,

           v.

APOLLO RESOURCES INTERNATIONAL, INC.,

           Defendant.
-----------------------------------------------------------x

Civ. Action No.: 07-CIV-6385 (SAS)

ECF Case

STIPULATION TO ADJOURN PRELIMINARY INJUNCTION HEARING AND EXTEND THE EXPIRATION DATE OF THE TEMPORARY RESTRAINING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/07

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties, that pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, the parties have agreed to adjourn the hearing on Plaintiff's Application for a Preliminary Injunction from the scheduled hearing date of August 15, 2007 to September 12, 2007, or as soon after September 12, 2007 as the Court is available for such hearing. In connection with this adjournment, Defendant has consented to extend the expiration date of the Temporary Restraining Order entered in this action on July 31, 2007 up to and including September 12, 2007. ~~the new date for the hearing on Plaintiff's Application for a Preliminary Injunction.~~

Dated: August 15, 2007
       New York, New York

SCHULTE ROTH & ZABEL LLP

By: _____
    Alan R. Glickman
    919 Third Avenue
    New York, New York 10022
    (212) 756-2000
    *Attorneys for Castlerigg Master Investments Ltd.*

SALON MARROW DYCKMAN NEWMAN & BROUDY LLP

By: _____
    Daniel I. Goldberg
    262 Madison Avenue
    New York, New York 10017
    (212) 661-7100
    *Attorneys for Apollo Resources International, Inc.*

SO ORDERED:

_____
Shira A. Scheindlin
United States District Judge   8/15/07

10487322.1