Scheindlin J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CASTLERIGG MASTER INVESTMENTS LTD.,  :
                Plaintiff,  :  Civ. Action No.: 07 CIV 6385 (SAS)
          v.  :  ECF Case
APOLLO RESOURCES INTERNATIONAL, INC.,  :
                Defendant.  :  **CONSENT JUDGMENT**
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07

      Defendant, Apollo Resources International, Inc. ("Apollo") having previously executed this Consent Judgment in favor of Plaintiff, Castlerigg Master Investments Ltd. ("Castlerigg");

      IT IS ON THIS 20 DAY OF November, 2007, HEREBY

**ORDERED AND DECREED**: That judgment be and the same is entered in favor of Castlerigg and against Apollo in the amount of Eight Million Dollars ($8,000,000), plus reasonable costs that may be incurred by Castlerigg to enforce this judgment, including but not limited to attorney's fees and expenses.

                _____
                HONORABLE SHIRA A. SCHEINDLIN, U.S.D.J.

Consented to:

SCHULTE ROTH & ZABEL LLP

By: _____
Alan R. Glickman
919 Third Avenue
New York, New York 10022
(212) 756-2000
*Attorneys for Castlerigg Master Investments Ltd.*

SALON MARROW DYCKMAN NEWMAN & BROUDY LLP

By: _____
Daniel I. Goldberg
262 Madison Avenue
New York, New York 10017
(212) 661-7100
*Attorneys for Apollo Resources International, Inc.*

Dated: New York, New York
       August 15, 2007

10488501.1

The parties hereby acknowledge their consent through counsel to the entry of this Consent Judgment:

| Plaintiff: | Defendant: |
|---|---|
| CASTLERIGG MASTER INVESTMENTS LTD. | APOLLO RESOURCES INTERNATIONAL, INC. |

By: Sandell Asset Management Corp., its investment advisor

By: *[signature]*
Name: Patrick Burke
Title: Senior Managing Director

By: _____
Name: Dennis McLaughlin
Title: Chief Executive Officer

08/15/2007  08:35    2143855805                                              PAGE  02/03

The parties hereby acknowledge their consent through counsel to the entry of this Consent Judgment:

| Plaintiff: | Defendant: |
|---|---|
| CASTLERIGG MASTER INVESTMENTS LTD. | APOLLO RESOURCES INTERNATIONAL, INC. |
| By: Sandell Asset Management Corp., its investment advisor | By: _____<br>Name: Dennis McLaughlin<br>Title: Chief Executive Officer |
| By: _____<br>Name:<br>Title: | |

10488501.1

2